UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>        Plaintiff,<br><br> vs.<br><br>UNKNOWN DEFENDANTS,<br><br>        Defendants. | NO. CV-05-5100-LRS<br><br>ORDER OF DISMISSAL |

    The *pro se* plaintiff filed a complaint on October 2, 2005. In the April 10, 2006 "Order to Amend Complaint" (Ct. Rec. 3), the Court directed plaintiff to file an amended complaint in compliance with the Federal Rules Of Civil Procedure 8(a) by May 10, 2006. Plaintiff has not filed an amended complaint.

    **IT IS ORDERED** that the above-titled case be dismissed without prejudice and the file be closed in this matter.

    **IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide a copy to Plaintiff.

    **DATED** this   16th   day of May, 2006.

                                    *s/Lonny R. Suko*

                                    LONNY R. SUKO<br>                          UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL